**93–2491.** Hitchens v. Ohio Dept. of Transp. *Franklin County,* No. 93AP–315. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for

1424

Franklin County to certify its record. Upon consideration of appellant's application for dismissal, IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective January 5, 1994.